**Order entered December 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01106-CR
No. 05-14-01107-CR

**DEWAYNE KEITH FINCHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-63186-M, F10-51689-M**

## ORDER

The State's December 1, 2015 second motion for extension of time to file the State's brief is **GRANTED**. The State's brief received by the Clerk of the Court on December 1, 2015 is **DEEMED** timely filed on the date of this order.

> /s/    LANA MYERS
>        JUSTICE